**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VICTOR E. PEREZ,

                Plaintiff,                        23 **CIVIL** 5963 (SLC)

      -v-                                  **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 21, 2024, Judgment is entered reversing the Commissioner's decision and remanding this case to the Commissioner for additional administrative proceedings, as described above.

**Dated:** New York, New York

      February 21, 2024

                                                      RUBY J. KRAJICK
                                                      Clerk of Court

                              **BY:**
                                                        _____
                                                              **Deputy Clerk**